UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERIC CHRISTIAN,

    Petitioner,

vs.

SHERIFF, *et al.*,

    Respondents.

_____/

2:17-cv-01518-JCM-CWH

**ORDER**

In this case, Eric Christian, a prisoner in the Clark County Detention Center, submitted a petition for writ of habeas corpus for filing on May 26, 2017 (ECF No. 1-1). However, Christian did not pay the $5 filing fee, and he did not submit an application to proceed *in forma pauperis*. Furthermore, Christian's petition is not on a form approved by the court, and is plainly incomplete. Therefore, this case will be dismissed without prejudice to Christian initiating a new habeas corpus action. If Christian wishes to initiate a new habeas corpus action, he must submit a fully completed petition for writ of habeas corpus on a correct form, together with payment of the filing fee or an application to proceed *in forma pauperis*.

    **IT IS THEREFORE ORDERED** that this action is dismissed without prejudice.

    **IT IS FURTHER ORDERED** that the petitioner is denied a certificate of appealability.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall send to petitioner, along with a copy of this order, two copies of the form for a petition for a writ of habeas corpus, two copies

of the application to proceed *in forma pauperis* for prisoners, and a copy of any available instructions regarding both forms.

**IT IS FURTHER ORDERED** that petitioner may file a habeas corpus petition (on a correct form and fully completed), along with payment of the filing fee or an application to proceed *in forma pauperis*, to initiate a new habeas corpus action. The Court will accept no further filings in this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated May 31, 2017.

_____
UNITED STATES DISTRICT JUDGE